UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-21300 GMB

Debtor: Nathaniel Robinson, III

| Check Number | Creditor | Amount |
|---|---|---|
| 1734683 | Lender Business Process Services, Inc. | 1684.59 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 13, 2011